THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CALMAN COOPER, HARRY A. STEIN and NATHAN WISSNER, Appellants.

Submitted March 7, 1955; decided April 14, 1955.

Motion for orders pursuant to section 503 of the Code of Criminal procedure granted. [See 303 N. Y. 856; 306 N. Y. 867; 307 N. Y. 253; 308 N. Y. 747.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS R. LAW, Appellant.

Submitted February 21, 1955; decided April 14, 1955.

Motion for reargument denied. [See 308 N. Y. 658.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN FRANCIS ROCHE, Appellant.

Submitted April 11, 1955; decided April 14, 1955.

*Abraham J. Gellinoff* for motion.

*Frank S. Hogan, District Attorney,* for the People of the State of New York, respondent.

Motion granted and case set down for argument during the May, 1955, session of the Court of Appeals.